UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent, *v.* JAMES B. BARRY et al., Copartners under the Firm Name of MOYSE & BARRY, Appellants.

(Argued March 1, 1933; decided May 23, 1933.)

*B. F. Norris* and *Frank R. Pitt* for appellants.
*William J. McArthur* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ.   Not sitting: HUBBS, J.